**Order filed February 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00810-CV
_____

**ONE THOUSAND SIX HUNDRED FOUR DOLLARS & NINE CENTS ($1,604.09), Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 11-06-20924**

---

## ORDER

This is an appeal from an order signed August 30, 2017. Appellant did not file a timely post-judgment motion extending appellate timetables. The notice of appeal was due September 29, 2017. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on October 12, 2017, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied

when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **February 23, 2018**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

2